# MAXIM MAXIMOV, LLP

ATTORNEYS AT LAW

1600 AVE M • SECOND FLOOR
BROOKLYN • NEW YORK • 11230

EMAIL MMAXIMOV@MMAXIMOV.COM
TELEPHONE (718) 395-3459
FAX (718) 408-9570

September 4, 2012

**VIA ECF**
Chief Magistrate Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**    **Civil Action No. CV-12-2505**
              **Louis Feder v. Capital Management Services, LP**

Dear Chief Magistrate Gold:

      I represent the Plaintiff in the above-referenced matter and I am requesting that the Court please adjourn the Initial Conference that is scheduled for 10:00 a.m. on September 5, 2012 in Courtroom 13-D South.

      We kindly request that the Court adjourn the above-mentioned Initial Conference to any date in October 2012 so that the parties may continue discussing this matter.  This is our first adjournment request.  Defense counsel, Hilary Korman, has agreed to our request.

      Please contact the undersigned if you need to discuss this matter.  Thank you.

                                      Very truly yours,

                                      /s/

                                      Maxim Maximov, Esq.

cc:     VIA E-MAIL
           hkorman@melharrislaw.com
           Hilary Korman, Esq.
           Mel S. Harris & Associates LLC
           5 Hanover Square, 8th Floor
           New York, New York 10004