%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | CV-12-2505 |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-10-2012 @ 1:00 pm |
| NAME OF SERVER (PRINT) CYNTHIA WADDELL | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): SERVED 10-10-2012 @ 1:00 pm.
CAPITAL MANAGEMENT SERVICES, LP
698 1/2 SOUTH OGDEN ST.
BUFFALO, NY 14206

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 10-10-2012
Date

Signature of Server: Cynthia Waddell

Address of Server: 5415 BRIDLEWOOD LANE, Hamburg NY 14075

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.